IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-05537 |
| | ) |
| KINZIE STREET RESTAURANT, LLC | ) Judge John Z Lee |
| d/b/a RPM STEAK, | ) Magistrate Judge Gabriel A. Fuentes |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that Defendant KINZIE STREET RESTAURANT, LLC d/b/a RPM STEAK ("Defendant") (collectively, "Parties") and Plaintiff have settled the claims in this case. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within ten (10) days as soon as the formal settlement agreement is executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines, and allow the Parties until January 7, 2021 to file the Stipulation of Dismissal.

Dated: December 28, 2020           HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
77 W. Washington, Ste. 1300
Chicago, IL  60602
Telephone:  312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

/s/ Marshall J. Burt
Marshall J. Burt