IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-04607 |
| | ) |
| JUST B' CLAWS, INC d/b/a SHAW'S CRAB HOUSE | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant JUST B' CLAWS, INC d/b/a Shaw's Crab House, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
Marshall@mjburtlaw.com

JUST B' CLAWS, INC
d/b/a Shaw's Crab House

By: /s/ *James J. Convery*
James J. Convery
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60654
312-467-9800
jconvery@lanermuchin.com