# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Howard Cohan

                    Plaintiff,

v.                                             Case No.: 1:20−cv−05537

                                                        Honorable John Z. Lee

Kinzie Street Restaurant, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 5, 2021:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation of dismissal, this case is dismissed with prejudice with each side to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.